**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JOHN A. BENEDETTO,  CASE NO: 1:18-cv-08134-GBD

    Plaintiff,

vs.

GUESS ?, INC., a Delaware corporation,
d/b/a GUESS SOHO, and CASTIRON
COURT CORP., a New York corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, JOHN A. BENEDETTO, and Defendants, GUESS ?, INC., a Delaware corporation, d/b/a GUESS SOHO, and CASTIRON COURT CORP., a New York corporation, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. As such, the parties hereby respectfully request the Conference scheduled February 19th be canceled, as this matter has now been settled

    Dated: This 12th day of February, 2019.

By: /S/ B. Bradley Weitz                    By: /S/ John W. Egan
    B. Bradley Weitz, Esq.                     John W. Egan, Esq.
    The Weitz Law Firm, P.A.              Seyfarth Shaw LLP
    Bank of America Building              620 Eighth Avenue
    18305 Biscayne Blvd., Suite 214       New York, New York 10018-1405
    Aventura, Florida 33160               Telephone: (212) 218-5291
    Telephone: (305) 949-7777            Facsimile: (917) 344-1332
    Facsimile: (305) 704-387**7**              Email: JEgan@seyfarth.com
    Email: bbw@weitzfirm.com             *Attorney for Guess?, Inc.*
    *Attorney for Plaintiff*

By: /S/ Barry G. Margolis
    Barry G. Margolis, Esq.
    Abrams Garfinkel Margolis Bergson, LLP
    1430 Broadway, 17th floor
    New York, New York 10018
    Telephone: (212) 201-1174
    Facsimile: (212) 937-3330
    Email: bmargolis@agmblaw.com
*Attorney for Castiron Court Corp.*