UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

JOHN A. BENEDETTO,

                          Plaintiff,

   -against-

GUESS?, INC. d/b/a GUESS SOHO, and
CASTIRON COURT CORP.,

                        Defendants.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 3 2019

ORDER

18 Civ. 8134 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       February 13, 2019

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge